```
 1 | JEFFREY A. DICKERSON
   | NEVADA Bar No. 2690
 2 | 9655 Gateway Dr., Suite B
   | Reno, NV 89521
 3 | (775) 786-6664
   | (775) 786-7466-Facsimile
 4 | Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD HOLBROOK,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS, a governmental entity, JACKIE CRAWFORD, individually, GLEN WHORTON, individually and in his official capacity, DOES 1-10, individuals,

    Defendants.

CASE No. 3:06-cv-00215

STIPULATION

The parties stipulate that since Plaintiff has only recently been provided with documents that were viewed before but not copied until now, and since those are extensive and under review by counsel for Plaintiff, that the deadline for amendments should be extended by two

weeks, from today to and including June 2, 2008.

DATED May 19, 2008

LAW OFFICE OF
JEFFREY A. DICKERSON

/s/

JEFFREY A. DICKERSON
Counsel for Plaintiff

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

BY: ROBERT LINDER
Counsel for Defendants

ORDER

IT IS SO ORDERED.

DATED: May 28, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/kdd/holbrook/stay stip

2