# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD HOLBROOK,<br><br>Plaintiff,<br><br>v.<br><br>ALOIS HANKE, an individual; ADOLPH STANKUS, an individual; STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS, a governmental entity; DONNY GILCREASE; JERAMY BRANHAN; ROBERT SCHOBER; ERIC FANCHER; SCOTT BURCHETT; JEFF McTEE; GREG MADEIORS; GARY DUTTON; and ABRAHAM LOPEZ,<br><br>Defendants. | Case No.  3:06-cv-00215-LRH-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR <u>RECONSIDERATION</u>**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between Nevada Attorney General Catherine Cortez Masto, by Deputy Attorney General Robert W. Linder, Esq., counsel for Defendants ALOIS HANKE; ADOLPH STANKUS; STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS; DONNY GILCREASE; JERAMY BRANHAN; ROBERT SCHOBER; ERIC FANCHER; SCOTT BURCHETT; JEFF McTEE; GREG MADEIORS; GARY SCHOBER; ERIC FANCHER; SCOTT BURCHETT; JEFF McTEE; GREG MADEIORS; GARY

-1-

1 | ABRAHAM LOPEZ, shall have up to and including March 24, 2009 in which to file their
2 | Response to Plaintiff's Motion for Reconsideration in the above-entitled matter..

Dated: 3/6/09                                   Dated: 3/9/09

CATHERINE CORTEZ MASTO
NEVADA ATTORNEY GENERAL

By: /s/ Robert W. Linder                        By: /s/ Jeffery A. Dickerson
ROBERT W. LINDER, ESQ.                          JEFFERY A. DICKERSON
Deputy Attorney General                         9655 Gateway Dr., Ste. B
Nevada Bar No. 3661                             Reno, NV 89521
555 E. Washington Ave., Ste. 3900               Attorney for Plaintiff
Las Vegas, Nevada 89101                         RICHARD HOLBROOK
Attorneys for Defendants ALOIS HANKE,;
ADOLPH STANKUS; STATE OF NEVADA,
ex rel., ITS DEPARTMENT OF
CORRECTIONS; DONNY GILCREASE;
JERAMY BRANHAN; ROBERT SCHOBER;
ERIC FANCHER; SCOTT BURCHETT;
JEFF McTEE; GREG MADEIORS; GARY
DUTTON; and ABRAHAM LOPEZ

IT IS SO ORDERED

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: March 10, 2009

-3-