Jeffrey A. Dickerson, Esq.
9655 Gateway Dr., Suite B
Reno, NV. 89521
(775) 786-6664

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

RICHARD HOLBROOK,

    Plaintiff,

vs.

STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS, a governmental entity, JACKIE CRAWFORD, individually, GLEN WHORTON, individually and in his official capacity, JEREMY BRANHAM, an individual, ROBERT SCHOBER, an individual, ERIC FANCHER, an individual, SCOTT BURCHETT, an individual, DONNY GILCREASE, an individual, GARY DUTTON, an individual, ABRAHAM LOPEZ, an individual, JOHN JERMYN, an individual, JEFF McTEE, an individual, CRAIG MADEIROS, an individual,

    Defendants.
    _____/

CASE No. 3:06-cv-00215-LRH-(VPC)

STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)

    The parties through their undersigned counsel of record hereby stipulate and agree that Plaintiff may and should have an enlargement of time for a period of thirty (30) days in which to oppose Defendants' Motion for Summary Judgment from its current due date of August 31,

/ / /

/ / /

/ / /

/ / /

/ / /

2009 to and including September 30, 2009.

DATED August 26, 2009

DATED 8/26/09

LAW OFFICE OF
JEFFREY A. DICKERSON

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON
Counsel for Plaintiff

BY: ROBERT LINDER
Counsel for Defendants

ORDER

IT IS SO ORDERED.

DATED: August 31, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE