UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD HOLBROOK,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex rel., ITS DEPARTMENT OF CORRECTIONS, a governmental entity, JACKIE CRAWFORD, individually, GLEN WHORTON, individually and in his official capacity, JEREMY BRANHAM, an individual, ROBERT SCHOBER, an individual, ERIC FANCHER, an individual, SCOTT BURCHETT, an individual, DONNY GILCREASE, an individual, GARY DUTTON, an individual, ABRAHAM LOPEZ, an individual, JOHN JERMYN, an individual, JEFF McTEE, an individual, CRAIG MADEIROS, an individual,<br><br>  Defendants.<br>_____/ | CASE No. 3:06-cv-00215-LRH-(VPC)<br><br>STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO OPPOSE DEFENDANTS' MOTION FOR FEES (FIRST REQUEST) |

The parties through their undersigned counsel of record hereby stipulate and agree that Plaintiff may and should have an enlargement of time for a period of fourteen (14) days in which to oppose Defendants' Motion for Attorneys' Fees from its current due date of February

/ / /

/ / /

/ / /

/ / /

JAD/sh/holbrook/enlarge-time-stip-atty-feemtn-opp        1

15, 2010 to and including March 1, 2010.

DATED February 4, 2010

LAW OFFICE OF
JEFFREY A. DICKERSON

/S/ Jeffrey A. Dickerson
JEFFREY A. DICKERSON
Counsel for Plaintiff

DATED February 4, 2010

CATHERINE CORTEZ MASTO
ATTORNEY GENERAL

/S/ Robert Linder
BY: ROBERT LINDER
Counsel for Defendants

ORDER

IT IS SO ORDERED.

DATED this 5th day of February, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

JAD/sh/holbrook/enlarge-time-stip-atty-feemtn-opp        2